# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE
# WINCHESTER DIVISION

| | |
|---|---|
| JAMES D. MCCONNELL,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF AGRICULTURE; THOMAS JAMES VILSACK, in his official capacity as the Secretary of Agriculture; KEVIN SHEA, in his official capacity as Administrator of the Animal and Plant Health Inspection Service<br><br>      Defendants. | No. 4:23-cv-00024-TRM-SKL |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James "Jimmy" Dale McConnell gives notice of his voluntary dismissal of this case. Mr. McConnell brought this action to raise his constitutional challenges to the structure of the U.S. Department of Agriculture adjudication process in which he was defending himself against allegations that he violated the Horse Protection Act (HPA Docket Nos. 16-0169 and 17-0207) ("USDA Adjudication"). Mr. McConnell has now settled the USDA Adjudication and that proceeding has concluded. Defendants U.S. Department of Agriculture, Secretary Thomas Vilsack, and Administrator Kevin Shea have neither answered nor moved for summary judgment. As a result, Mr. McConnell is voluntarily dismissing this action without prejudice.

1

DATED: November 2, 2023

                                            Respectfully submitted,

                                            /s/ *Joshua M. Robbins*
                                            JOSHUA M. ROBBINS*
                                            Virginia Bar No. 91020
                                            CALEB KRUCKENBERG*
                                            D.C. Bar No. 1617890
                                            PACIFIC LEGAL FOUNDATION
                                            3100 Clarendon Blvd.
                                            Suite 1000
                                            Arlington, VA 22201
                                            Telephone: (202) 945-9524
                                            JRobbins@pacificlegal.org
                                            CKruckenberg@pacificlegal.org

                                            DAVID BROILES*
                                            Texas Bar No. 03054500
                                            2400 Indian Cove St.
                                            Ft. Worth, TX 76108
                                            Telephone: (817) 246-7801
                                            davidbroiles@gmail.com

                                            *Attorneys for Plaintiff*
                                            **admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2023, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, which will send notice of this submission to all counsel of record.

>/s/ *Joshua M. Robbins*
>JOSHUA M. ROBBINS*